No. 86–6462. TEAGUE v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 86–6464. REFILE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 86–6468. LYNCH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–6475. LAVERGNE v. HOLY NAME HOSPITAL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 86–6478. REEVES v. LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–6496. COMSTOCK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–6498. DONOGHUE v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 86–6504. HAMLOR v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–6508. RICHTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6511. VILLAUME v. UNITED STATES DEPARTMENT OF JUSTICE. C. A. 8th Cir. Certiorari denied.

No. 86–6512. WESTBROOK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–6527. FAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–6529. BASSFORD v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 86–6535. VEGA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.